JOSEPH SNELLING, Respondent, *v.* THE BROOKLYN AND NEW YORK FERRY COMPANY, Appellant.

(Submitted May 5, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1891; which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*James & Thomas H. Troy* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.